UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:21-cr-00029-LEW |
| | : | |
| v. | : | |
| | : | |
| DONALD TURNER | : | |
| | : | |

PROSECUTION VERSION OF THE OFFENSES

Count One

At approximately 2:30 p.m. on September 10, 2020, the defendant entered Bangor Savings Bank on Hogan Road in Bangor, Maine. Bangor Savings Bank is an institution the deposits of which are insured by the Federal Deposit Insurance Corporation. The defendant showed one of the bank tellers a note stating something to the effect of, "this is a robbery, I have a gun, don't speak to anyone." No firearm was displayed.

The bank teller began taking money out of her drawer, much of it one-dollar bills. This caused the defendant to demand bills of larger denominations. The bank teller gave the defendant $1327.00 in U.S. currency, some of which was wrapped in brown money bands. Once receiving the money, the defendant placed the note and the money in a black backpack and walked out the back door of the bank.

Law enforcement responded to the scene and obtained surveillance video from the bank. The bank surveillance video of the robber showed the defendant carrying a black backpack, wearing a surgical mask, a black shirt, a camouflage hat, and tattoos on both forearms. Several surveillance photographs were sent to local media. Shortly thereafter, several citizens contacted law enforcement and identified the defendant as the robber. One of the citizens who identified

the defendant as the robber told law enforcement that the defendant was under supervision of federal probation. Law enforcement confirmed with United States Probation that the defendant was on supervised release at the time of the robbery and had a warrant out for his arrest due to violations of his supervised release.

During the course of the investigation, officers learned that the defendant had been frequenting an apartment on First Street in Bangor, Maine. Officers went to the apartment, located the defendant, and arrested him. When he was arrested, officers searched the defendant and located a surgical mask, approximately $200 in U.S. currency, a small personal stun gun, and a .25 Titan firearm with a magazine in his front waistband.

Officers brought the defendant to the Bangor Police Department where he spoke with law enforcement officers. The defendant stated he had picked the bank out of convenience and that he needed money to leave the state as he believed the United States Marshals were looking for him. When speaking about the firearm found on his person, the defendant told officers that he had left it in a car during the bank robbery and that it did not work as it was missing the firing pin. Forensic examination of the weapon confirmed the missing firing pin.

Officers obtained a search warrant for the apartment on First Street where the defendant had been located after the bank robbery. Officers located a black backpack with two camouflage baseball hats and banded U.S. currency.

**Count Two**[1]

On September 10, 2020, at the time of the defendant's arrest, the defendant knowingly possessed a firearm, to wit, a Titan model, .25 caliber pistol bearing serial number 157017. The firearm had been manufactured outside the state of Maine.

At the time the defendant possessed the Titan model, .25 caliber pistol, the defendant knew that he had been convicted of three separate federal offenses punishable by imprisonment for a term exceeding one year and committed on occasions different from one another, specifically: Bank Robbery, committed on March 18, 2006, in violation of 18 U.S.C. § 2113(a) in the United States District Court, District of Maine, Docket No. 2:06-cr-36, amended judgment having entered on September 15, 2006; Bank Robbery, committed on March 20, 2006, in violation of 18 U.S.C. § 2113(a) in the United States District Court, District of Maine, Docket No. 2:06-cr-36, judgment having entered on September 15, 2006; and Bank Robbery, committed on March 5, 2011, in violation of 18 U.S.C. § 2113(a) in the United States District Court, District of Maine, Docket No. 1:11-cr-00077, judgment having entered on November 30, 2011.

Had this case proceeded to trial, the Government would have offered the testimony of law enforcement involved in the investigation and the enforcement events summarized above. Items of physical evidence seized during the course of the investigation, as well as the testimony of an interstate nexus expert would have proven beyond a reasonable doubt the defendant guilty of the offenses charged in the indictment and provided a basis for the forfeiture allegation as well.

---

[1] The prosecution version of the Count Two offense incorporates by reference the recitation of facts set forth as to Count One.

Dated at Bangor, Maine this 31st day of October 2022.

                        Respectfully submitted,
                        DARCIE N. MCELWEE
                        United States Attorney

                        /s/ *Raphaelle A. Silver*
                        Raphaelle A. Silver
                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2022, I electronically filed the document(s) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jamesa Drake, Esq.

                                               Darcie N. McElwee
                                               United States Attorney

                                               /s/ *Raphaelle A. Silver*
                                               Raphaelle A. Silver
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               202 Harlow Street, Suite 111
                                               Bangor, ME 04401
                                               (207) 945-0373
                                               Raphaelle.silver@usdoj.gov