

**BANGOR POLICE DEPARTMENT**
**SUPPLEMENTAL NARRATIVE**

**Incident:** 20-069893

**Victim:** Bangor Savings Bank 687 Hogan Road

**Suspect:** Donald Turner　　　　　　　ME 04468　DOB:　　71

Redacted

**Type:** Bank Robbery

**Location:** 687 Hogan Road Bangor ME 04401

**Date:** 9/10/20

BG-18819

................................................................

M　　L　　**Interview**

Redacted advised she was working in the drive-thru section of the bank with Redacted and decided to help out in the lobby at an empty teller station. She advised she was not waiting on any customers in the drive-thru and they are encouraged to help the lobby when they can. She advised when assisting the lobby she observed a male waiting on a blue dot that was placed to encourage social distancing while waiting in line. She spoke to the male and advised him to approach and she would be able to assist him.

Redacted described this male as a White skinny male age '40-'50s. She advised the male was wearing a baseball-style hat and facemask.

Redacted advised the male to approach the window and he placed his large black backpack on the ground and pulled out a brown/tan leather-covered notebook from the backpack. She advised the male opened the notebook and she observed a prepared note for her to read. She stated the male had difficulty trying to slide the notebook under the protective window and he almost knocked the window off the counter. She advised she noticed the note was written in black pen and in big lettering which made the note easy to read.

Redacted stated she began reading the letter and observed "This is a Robbery I have a gun don't speak to anyone". She stated there was additional text on the note, but she stopped reading at this

point and began trying to gather money. She advised as soon as she read the word "gun" she was fearful of her life and wanted to do what the male was asking. [Redacted] then began to empty the money from her drawer and started passing it to the male. She stated her drawer was mostly one (1) dollar bills and she estimated she gave the male approximately 700.00 in just ones. [Redacted] advised most of the money that was given to the male was pre-bundled which is stamped with her TCR number 1029. She stated the money provided was not marked or recorded, but the stamp would help identify the bills as stolen.

[Redacted] continued to gather money for the male and estimates giving the male $200.00 in 50's, $200.00 in 20's and an unknown amount of 5's and 10's. [Redacted] advised she would be able to balance her drawer to get an exact amount that was stolen, but thinks the amount was close to $2000.00.

[Redacted] advised while she was providing this male with money he was talking in a low voice that was hard to hear. She advised she leaned in closer to the male and heard the male saying "I want bigger bills". [Redacted] advised that she did not have bigger bills and asked if she could get help from another teller. [Redacted] advised the male appeared angry and did not want her to ask another teller for help.

[Redacted] advised all of the money she gave the male was placed into the male's backpack along with the robbery note. The male exited the bank through the side door. [Redacted] advised she waited until the male exited the bank before telling [Redacted] what happened.

I then drew a diagram of the teller stations and [Redacted] helped me fill in who was at what station. [Redacted] advised the bank has two (2) drive through stations that are directly behind the lobby stations and are facing the drive-thru. She advised she was working in the drive-thru with [Redacted] before they both started helping in the lobby stations.

While standing behind a teller station facing the lobby she advised the bank has four (4) teller stations. From left to right
Station 1: Empty
Station 2: [Redacted]'s station. [Redacted] were all at this station
Station [Redacted]
Station 4: Empty

**Detective Jordan Perry:** _____ **Rev.**\_\_
**BGPD # 747**
**Date:9/11/20**